# Order

Michigan Supreme Court
Lansing, Michigan

June 1, 2021

162065

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

ELISEO BANDA-TAVARES, a/k/a ELISEO
BANDA-TAVAREZ, and CARLA BANDA-
TAVARES, a/k/a KARLA BANDA-TAVAREZ,
      Plaintiffs-Appellants,

v

PATRICIA LYNN MURPHY, DARREN
DEWAYNE FOWLER, and SHAWNEE
SPECIALTIES, INC.,
      Defendants,

and

ELWOOD STAFFING SERVICES, INC.,
      Defendant-Appellee.

SC: 162065
COA: 350022
Berrien CC: 16-000282-NO

_____/

On order of the Court, the application for leave to appeal the August 20, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 1, 2021



Clerk

a0524